UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| ROBERT STAHLI, | Civil Action No.: 03 CIV 10202 (SCR/LMS) |
| Plaintiff, | **ORDER FOR LEAVE TO TAKE DEPOSITION** |
| -against- | |
| TOWN OF NEWBURGH  Defendant, | |
| WILLIAM MCLEAN  TOWN OF NEWBURGH POLICE OFFICER  Defendant, | |
| CHARLES KEHOE, CHIEF OF POLICE OF THE TOWN OF NEWBURGH, Defendant. | |

-------------------------------------------------------------------X

Hon. Magistrate Lisa Margaret Smith

On consideration of the oral application of Harold L. Moroknek, Esq, attorney for defendants, made on the 11th day of May, 2004, without objection by Michael Mendelson, Esq., attorney for the plaintiff, it is hereby

Ordered that the testimony of Robert Stahli, (DIN # 03R4469) a prisoner incarcerated under the legal process by the New York State Department of Corrections, be taken on the 15th day of June, 2004, at 10:00 o'clock in the forenoon of that day, concerning the following matters at issue in said action: plaintiff to provide deposition testimony regarding all matters relating to the above captioned lawsuit brought by plaintiff against the above named defendants, and it is further

Ordered that the Commissioner of the Department of Corrections and the Superintendent of the appropriate detaining State Correctional Facility, be and hereby are ordered to produce said plaintiff, Robert Stahli, along with any and all of his relevant legal documents, at Ulster Correctional

BOEGGEMAN, GEORGE,
HODGES & CORDE, P.C.
11 MARTINE AVENUE
WHITE PLAINS, NY 10606

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

[FILED STAMP: U.S. DISTRICT COURT W.P. MAY 1 2 2004 S.D. OF N.Y.]

Facility, P.O. Box 800, Berme Road, Naponoch, N.Y., 12458, the 15th Day of June, 2004, and it is further

Ordered that Superintendent James O'Connell, of the Ulster State Correctional Facility be and hereby is ordered and directed to produce Robert Stahli, along with any and all of his relevant legal documents, at such place within the said State prison as may be convenient for the purpose of such examination, and permit said examination to be held before the parties and their attorneys to this action, on the 15th Day of June, 2004, at 10:00 o'clock in the forenoon, and it is further

Ordered that notice of the time and place of the taking of said testimony be given to plaintiff by serving a copy of this order with notice of entry thereon upon Michael Mendelson, Esq., plaintiff's attorney, Glenn S. Goord, the Commissioner of the Department of Corrections, the Superintendent of the appropriate detaining State Prison, and upon Superintendent James O'Connell, of the Ulster Correctional Facility, on or before the 1st day of June, 2004.

Signed this 12th day of May, 2004, at White Plains, New York.

So ORDERED.
~~ENTER~~

Hon. Magistrate Lisa Margaret Smith
Untied States District Court Southern District of New York