UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT STAHLI,

                                  Plaintiff,

-against-

TOWN OF NEWBURGH
WILLIAM MCLEAN
TOWN OF NEWBURGH
POLICE OFFICER
CHARLES KEHOE,
CHIEF OF POLICE OF THE
TOWN OF NEWBURGH,
                                  Defendants.
------------------------------------------------------------X

Civil Action No.: 03 CIV 10202 (SCR/LMS)

ORDER FOR LEAVE TO TAKE DEPOSITION

[FILED STAMP: U.S. DISTRICT COURT W.P. SEP - 7 2004 S.D. OF N.Y.]

Hon. Magistrate Lisa Margaret Smith

        On consideration of the oral application of Harold L. Moroknek, Esq., attorney for Defendants, made on the 11th day of May, 2004, without objection by Michael Mendelson, Esq., attorney for the Plaintiff, it is hereby

        ORDERED that the testimony of Robert Stahli, (DIN # 03R4469) a prisoner incarcerated under the legal process by the New York State Department of Corrections, be taken on the 27th day of September, 2004, at 10:00 o'clock in the forenoon of that day, concerning the following matters at issue in said action: Plaintiff to provide deposition testimony regarding all matters relating to the above captioned lawsuit brought by Plaintiff against the above named Defendants, and it is further

        ORDERED that the Commissioner of the Department of Corrections and the Superintendent of the appropriate detaining State Correctional Facility, be and hereby are

BOEGGEMAN, GEORGE, HODGES & CORDE P.C
1 MARTINE AVENUE
WHITE PLAINS NY 10606



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ordered to produce said Plaintiff, Robert Stahli, along with any and all of his relevant legal documents at Downstate Correctional Facility, P.O. Box 445, Fishkill, N.Y., 12524, the 27th day of September, 2004 and it is further

ORDERED that Superintendent Paul Annetts, of the Downstate Correctional Facility be and hereby is ordered and directed to produce Robert Stahli along with any and all of his relevant legal documents, at such place within the said State prison as may be convenient for the purpose of such examination, and permit said examination to be held before the parties and their attorneys to this action, on the 27th day of September, 2004, at 10:00 o'clock in the forenoon, and it is further

ORDERED that notice of the time and place of the taking of said testimony be given to Plaintiff by serving a copy of this order with notice of entry thereon upon Michael Mendelson, Esq., Plaintiff's attorney, Glenn S. Goord, the Commissioner of the Department of Corrections, the Superintendent of the appropriate detaining State Prison, and upon Superintendent Paul Annetts, of the Downstate Correctional Facility, on or before the 17th day of September, 2004.

Signed this 7th day of September, 2004 at White Plains, New York.

SO ORDERED,

Hon. Magistrate Lisa Margaret Smith
United States District Court, Southern District of New York

BOECCEMAN, GEORGE
HODGES & CORDE P.C.
[MARTINE AVENUE]
[WHITE PLAINS, N.Y.]